IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE COOPER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5778 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| | : | |

**<u>ORDER</u>**

AND NOW, this 8th day of December, 2021, upon consideration of Defendant The City of Philadelphia's Motion to Dismiss (Document No. 7), Plaintiff Jermaine Cooper's Response in Opposition (Document No. 8), and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 7) is GRANTED with leave to amend.

Plaintiff shall have until January 7, 2022 to file an amended complaint that corrects the pleading deficiencies identified in the accompanying Memorandum. Failure to file an amended complaint within the time permitted may result in dismissal of such claims with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.